No. 79-6665.  DiSanto *v.* Massachusetts.  Ct. App. Mass.  Certiorari denied.

No. 79-6666.  Ciarcia et al. *v.* Thomas, U. S. District Judge.  C. A. 6th Cir.  Certiorari denied.

No. 79-6667.  O'Dillon *v.* Georgia.  Sup. Ct. Ga.  Certiorari denied.

No. 79-6668.  Birt *v.* Hopper, Warden.  Sup. Ct. Ga.  Certiorari denied.

No. 79-6670.  Ford *v.* United States.  C. A. 3d Cir.  Certiorari denied.

No. 79-6671.  Goodman et al. *v.* United States.  C. A. 4th Cir.  Certiorari denied.

No. 79-6675.  Boyd *v.* United States.  C. A. 6th Cir.  Certiorari denied.

No. 79-6676.  Sullivan *v.* Estelle, Corrections Director.  C. A. 5th Cir.  Certiorari denied.

No. 79-6677.  Pappas *v.* United States.  C. A. 6th Cir.  Certiorari denied.

No. 79-6679.  McCall *v.* Ohio.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 79-6680.  Lebedun *v.* United States.  C. A. 4th Cir.  Certiorari denied.

No. 79-6681.  Morton *v.* Stynchcombe, Sheriff, et al.  C. A. 5th Cir.  Certiorari denied.